34 S.Ct. 676

Solomon RIPINSKY, Petitioner, v. G. W. HINCHMAN et al.

No. 1006.

Supreme Court of the United States.

April 27, 1914.

See same case below, 121 C.C.A. 35, 202 F. 625.

Mr. J. H. Cobb for petitioner.

No counsel appeared for respondents.

Denied.